# United States District Court

## WESTERN DISTRICT OF NEW YORK

Tabbaa et al.,

v.

Chertoff, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 05-CV-582

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard.

IT IS ORDERED AND ADJUDGED that plaintiffs motion for preliminary injunction is denied, and defendants motion for summary judgment is granted.



Date: 12/23/05

RODNEY C. EARLY, CLERK

By: S/ Jane D. Kellogg
Deputy Clerk